J. H. LEE & Co., PLAINTIFFS IN ERROR, V. W. H. HAYDEN & CO., DEFENDANTS IN ERROR.

MAXWELL, CH. J.

The facts in this case are identical with those in *Rosenbaum & Co. v. W. H. Hayden & Co., ante* p. 744, and the same judgment will be entered.

JUDGMENT ACCORDINGLY.

THE other judges concur.